C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52852.

Nov. 6, 1972.

Writ refused. Considering the report of the trial judge that this matter has been fixed for hearing, relator's petition for mandamus is now moot.

BARHAM, J., concurs. While the trial court's granting of an evidentiary hearing makes moot the application for mandamus, the *10 month* delay in acting on a writ of habeas corpus is inexcusable.

267 So.2d 906

STATE of Louisiana

v.

James Paul LUNKINS.

No. 52932.

Nov. 2, 1972.

On considering the petition of the relator in the above entitled and numbered cause,

It is ordered that the trial court grant the writ of habeas corpus and hold a hearing on the issue of mental competence or show cause to the contrary on November 15, 1972. See Pate v. Robinson, 383 U.S. 375, 86 S.Ct. 836, 15 L.Ed.2d 815.